# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14CV366-RJC-DSC

| | |
|---|---|
| BLAKE PARTRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [for Shelley R. Hebert]" (document # 7) filed July 29, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: July 30, 2014

David S. Cayer
United States Magistrate Judge